**Fill in this information to identify the case:**

Debtor Name Access Metals Trading, Inc

United States Bankruptcy Court for the: ____Northern______ District of _____Califor

Case number: 22-40887

☒ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: March

Date report filed: 04/14/2023 (MM / DD / YYYY)

Line of business: Recycling

NAISC code: ________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Scott K Ehrlich

Original signature of responsible party [signature]

Printed name of responsible party Scott K Ehrlich

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |



Case: 22-40887 Doc# 121 Filed: 05/03/23 Entered: 05/03/23 12:05:31 Page 1 of 12

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 37,942.97

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 494,411.82

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 406,262.11

22. **Net cash flow** + $ 88,149.71

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 126,092.68

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ____________

*(Exhibit E)*



## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 164,872.46

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 4

27. What is the number of employees as of the date of this monthly report? 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | **–** | **Actual** | **=** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 400,000.00 | – | $ 494,411.82 | = | $ -94,411.82 |
| 33. **Cash disbursements** | $ 350,000.00 | – | $ 406,262.11 | = | $ -56,262.11 |
| 34. **Net cash flow** | $ 50,000.00 | – | $ 88,149.71 | = | $ -38,149.71 |

35. Total projected cash receipts for the next month: $ 400,000.00

36. Total projected cash disbursements for the next month: - $ 350,000.00

37. Total projected net cash flow for the next month: = $ 50,000.00



Case: 22-40887 Doc# 121 Filed: 05/03/23 Entered: 05/03/23 12:05:31 Page 3 of 12

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



Case: 22-40887 Doc# 121 Filed: 05/03/23 Entered: 05/03/23 12:05:31 Page 4 of 12

# Access Metals Trading, Inc.
## Profit & Loss
### March 2023

| | | Mar 23 |
|---|---|---|
| Ordinary Income/Expense | | |
| Income | | |
| Sales | | |
| Breakage | 57,352.46 | |
| Claims Credits | -204.49 | |
| Zorba | 333,495.33 | |
| Total Sales | | 390,643.30 |
| Total Income | | 390,643.30 |
| Cost of Goods Sold | | |
| Commission | | 1,281.64 |
| Freight | | 470.00 |
| Purchases-Breakage | | 50,038.31 |
| Purchases-Zorba | | 295,158.40 |
| Total COGS | | 346,948.35 |
| Gross Profit | | 43,694.95 |
| Expense | | |
| Automobile Expense | | 1,202.31 |
| Bank Service Charges | | 125.12 |
| China | | |
| Office Rent | 290.28 | |
| Phone Expenses | 33.96 | |
| Total China | | 324.24 |
| Clerical Salary | | 19,000.00 |
| Insurance | | |
| Medical Insurance | 4,900.05 | |
| Total Insurance | | 4,900.05 |
| Interest Expense | | |
| Loan Interest | 2,000.00 | |
| Total Interest Expense | | 2,000.00 |
| Officers Salary | | 12,500.00 |
| Payroll Tax Expense | | 1,489.97 |
| Pension Plan | | 688.00 |
| Rent | | 2,500.00 |
| Telephone | | 335.40 |
| Total Expense | | 45,065.09 |
| Net Ordinary Income | | -1,370.14 |
| Other Income/Expense | | |
| Other Expense | | |
| Other Expenses | | -41.00 |
| Total Other Expense | | -41.00 |
| Net Other Income | | 41.00 |
| **Net Income** | | **-1,329.14** |



Case: 22-40887 Doc# 121 Filed: 05/03/23 Entered: 05/03/23 12:05:31 Page 5 of 12

# Analyzed Business Checking

Account number: ████4621 ■ March 1, 2023 - March 31, 2023 ■ Page 1 of 2




ACCESS METALS TRADING INC.
DEBTOR IN POSSESSION
CH11 CASE #22-40887 (NCA)
2333 SAN RAMON VALLEY BLVD
SUITE 160
SAN RAMON CA 94583-1763

**Questions?**

Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████4621 | $0.00 | $494,322.34 | -$491,122.34 | $3,200.00 |

### Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/02 | 25,653.99 | WT Fed#00437 Agricultural Bank /Org=1/Guangdong Yibao NEW Material Tech Srf# 1181506061Fs Trn#230302010338 Rfb# Swf of 23/03/02 |
| | 03/09 | 13,179.00 | WT 030923237406 Nanyang Commerci /Org=Cro (Hk) Trading and Logistics Lim Srf# 030923237406 Trn#230309022325 Rfb# |
| | 03/14 | 161.40 | Online Transfer Ref #Bb0Hyfd5W3 From 1424513594 on 03/14/2023 0824 Am |
| | 03/15 | 29,947.39 | WT 2023031500530379 Kookmin Bank /Org=Dong Nam CO.,Ltd. Srf# 2023031500530379 Trn#230315004492 Rfb# |
| | 03/20 | 29,954.40 | WT 2023032000522201 Shinhan Bank /Org=Sam Woo Alloy Ind. CO., Ltd. Srf# 2023032000522201 Trn#230320003919 Rfb# |
| | 03/30 | 168,084.93 | WT 2023033000539478 Shinhan Bank /Org=MT Met CO.,Ltd Srf# 2023033000539478 Trn#230330004977 Rfb# |
| | 03/30 | 101,260.00 | WT Fed#00188 Bank of East Asia, /Org=Parallel Interests (Hk) Limited Srf# 6395962089Fs Trn#230330011091 Rfb# Swf of 23/03/30 |
| | 03/31 | 49,975.00 | WT Fed#00569 Bank of East Asia, /Org=Parallel Interests (Hk) Limited Srf# 2023033100094317 Trn#230331011876 Rfb# Rem9998269162501 |
| | 03/31 | 72,906.23 | WT Fed#04158 Agricultural Bank /Org=1/Guangdong Yibao NEW Material Tech Srf# 9263715090Fs Trn#230331022977 Rfb# Swf of 23/03/31 |
| | 03/31 | 3,200.00 | Deposit Made In A Branch/Store |
| | | **$494,322.34** | **Total electronic deposits/bank credits** |
| | | **$494,322.34** | **Total credits** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(114)
Sheet Seq = 0014727
Sheet 00001 of 00002




## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/02 | 25,653.99 | Online Transfer Ref #Bb0Hv9Rkzz to 1424513594 on 03/02/2023 0918 Am |
| | 03/09 | 13,179.00 | Online Transfer Ref #Bb0Hx6Nq9R to 1424513594 on 03/09/2023 0943 Am |
| | 03/13 | 161.40 | Client Analysis Srvc Chrg 230310 Svc Chge 0223 000001424154621 |
| | 03/15 | 29,947.39 | Online Transfer Ref #Bb0Hyr4F5J to 1424513594 on 03/15/2023 0927 Am |
| | 03/20 | 29,954.40 | Online Transfer Ref #Bb0J2332Ld to 1424513594 on 03/20/2023 0801 Am |
| | 03/30 | 269,344.93 | Online Transfer Ref #Bb0J4Jlkhm to 1424513594 on 03/30/2023 0817 Am |
| | 03/31 | 122,881.23 | Online Transfer Ref #Bb0J4W5Hdl to 1424513594 on 03/31/2023 0752 Am |
| | | **$491,122.34** | **Total electronic debits/bank debits** |
| | | **$491,122.34** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 0.00 | 03/13 | -161.40 | 03/20 | 0.00 |
| 03/02 | 0.00 | 03/14 | 0.00 | 03/30 | 0.00 |
| 03/09 | 0.00 | 03/15 | 0.00 | 03/31 | 3,200.00 |

**Average daily ledger balance** **$98.01**

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0014728
Sheet 00002 of 00002

# Analyzed Business Checking

Account number: [redacted]3594 ■ March 1, 2023 - March 31, 2023 ■ Page 1 of 3




ACCESS METALS TRADING INC
DEBTOR IN POSSESSION
CH11 CASE #22-40887 (NCA)
2333 SAN RAMON VALLEY BLVD
SUITE 160
SAN RAMON CA 94583-1763

**Questions?**

Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| [redacted]3594 | $37,942.97 | $491,411.82 | -$406,262.11 | $123,092.68 |

### Credits

#### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/29 | 0.28 | Wells Fargo Cashback Rewards |
| | | **$0.28** | **Total deposits** |

#### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/02 | 25,653.99 | Online Transfer Ref #Bb0Hv9Rkzz From 1424154621 on 03/02/2023 0918 Am |
| | 03/03 | 450.60 | ADP 401K ADP 401K 230303 Rrrmz 8956877Vv Access Metals Trading |
| | 03/09 | 13,179.00 | Online Transfer Ref #Bb0Hx6Nq9R From 1424154621 on 03/09/2023 0943 Am |
| | 03/15 | 29,947.39 | Online Transfer Ref #Bb0Hyr4F5J From 1424154621 on 03/15/2023 0927 Am |
| | 03/20 | 29,954.40 | Online Transfer Ref #Bb0J2332Ld From 1424154621 on 03/20/2023 0801 Am |
| | 03/30 | 269,344.93 | Online Transfer Ref #Bb0J4Jlkhm From 1424154621 on 03/30/2023 0817 Am |
| | 03/31 | 122,881.23 | Online Transfer Ref #Bb0J4W5Hdl From 1424154621 on 03/31/2023 0752 Am |
| | | **$491,411.54** | **Total electronic deposits/bank credits** |
| | | **$491,411.82** | **Total credits** |

### Debits

#### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/01 | 1,812.00 | WT 230228-176006 Bank of America, N. /Bnf=Maersk Line Srf# Gw00000056813343 Trn#230228176006 Rfb# 1008 |
| | 03/02 | 2,988.00 < | Business to Business ACH Debit - ADP 401K ADP 401K 230302 Rrrmz 022802V01 Access Metals Trading |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC

(114)
Sheet Seq = 0014729
Sheet 00001 of 00003




**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 03/08 | 15,783.09 | | WT Seq454116 Metro Group Inc. /Bnf=Metro Group Inc. Srf# Gw00000056997160 Trn#230308454116 Rfb# 1009 |
| | 03/08 | 4,901.00 | | Glaic Phone Pay 230307 000001515851037 Scott Ehrlich |
| | 03/10 | 1,835.00 | | WT 230309-177875 Bank of China /Bnf=Liang, Xiaomei Srf# Gw00000057037288 Trn#230309177875 Rfb# 1010 |
| | 03/10 | 120.17 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 230310 926327766170 627796859Access Metals |
| | 03/13 | 302.34 | | Client Analysis Srvc Chrg 230310 Svc Chge 0223 000001424513594 |
| | 03/13 | 346.98 | < | Business to Business ACH Debit - ADP Payroll Fees ADP Fees 230313 925426666682 627490218Access Metals |
| | 03/14 | 161.40 | | Online Transfer Ref #Bb0Hyfd5W3 to 1424154621 on 03/14/2023 0824 Am |
| | 03/21 | 13,871.22 | | WT Fed#09318 Banner Bank /Ftr/Bnf=Pacific Recycling, Inc. Srf# Gw00000057251221 Trn#230321120580 Rfb# 1011 |
| | 03/21 | 7,180.00 | | WT Fed#09114 Jpmorgan Chase Ban /Ftr/Bnf=Hapag-Lloyd (America) LLC Srf# Gw00000057251226 Trn#230321120603 Rfb# 1012 |
| | 03/23 | 20,384.00 | | WT Fed#07857 Banner Bank /Ftr/Bnf=Pacific Recycling, Inc. Srf# Gw00000057321396 Trn#230323168083 Rfb# 1014 |
| | 03/28 | 2,445.00 | | WT Fed#06505 Jpmorgan Chase Ban /Ftr/Bnf=Msc Srf# Gw00000057407051 Trn#230328163341 Rfb# 1015 |
| | 03/30 | 195,000.00 | | WT Fed#01421 Jpmorgan Chase Ban /Ftr/Bnf=Metaltech Recycling LLC Srf# Gw00000057455812 Trn#230330107816 Rfb# 1016 |
| | 03/30 | 5,989.58 | < | Business to Business ACH Debit - ADP - Tax ADP - Tax 230330 575063320825A00 Access Metals Trading |
| | 03/30 | 12,159.39 | < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 230330 559085102573Rmz Access Metals Trading |
| | 03/31 | 91,719.20 | | WT 230331-119948 Bank of America, N. /Bnf=SA Recycling LLC Srf# Gw00000057490495 Trn#230331119948 Rfb# 1017 |
| | | **$376,998.37** | | **Total electronic debits/bank debits** |

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

**Checks paid**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1565 | 41.93 | 03/02 | 1573 | 42.55 | 03/13 | 1578 | 1,202.31 | 03/23 |
| 1567* | 381.60 | 03/03 | 1574 | 250.92 | 03/09 | 1579 | 70.00 | 03/29 |
| 1569* | 2,500.00 | 03/01 | 1575 | 55.98 | 03/09 | 1584* | 4,518.45 | 03/30 |
| 1570 | 4,500.00 | 03/02 | 1576 | 3,000.00 | 03/10 | 1586* | 2,500.00 | 03/30 |
| 1572* | 2,000.00 | 03/07 | 1577 | 8,200.00 | 03/16 | | | |

**$29,263.74** **Total checks paid**

* Gap in check sequence.

**$406,262.11** **Total debits**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0014730
Sheet 00002 of 00003




## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 37,942.97 | 03/10 | 37,056.87 | 03/21 | 66,854.17 |
| 03/01 | 33,630.97 | 03/13 | 36,365.00 | 03/23 | 45,267.86 |
| 03/02 | 51,755.03 | 03/14 | 36,203.60 | 03/28 | 42,822.86 |
| 03/03 | 51,824.03 | 03/15 | 66,150.99 | 03/29 | 42,753.14 |
| 03/07 | 49,824.03 | 03/16 | 57,950.99 | 03/30 | 91,930.65 |
| 03/08 | 29,139.94 | 03/20 | 87,905.39 | 03/31 | 123,092.68 |
| 03/09 | 42,012.04 | | | | |

**Average daily ledger balance** **$53,029.18**

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0014731
Sheet 00003 of 00003

# Access Metals Trading, Inc.
## A/R Aging Summary
### As of April 14, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| All Recycling B | 0.00 | 0.00 | 0.00 | 0.00 | 14,500.00 | 14,500.00 |
| Aluminum Recycling Technology | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMX | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apex | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Blaze Recycling | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Boyuan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| City National B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CN Metal | 0.00 | 0.00 | 0.00 | 0.00 | 186,706.68 | 186,706.68 |
| D12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Daiki | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Delta Aluminium | 0.00 | 0.00 | 0.00 | 0.00 | 10,805.05 | 10,805.05 |
| Ding Zheng | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dynamic | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fairmet | 0.00 | 0.00 | 0.00 | 0.00 | 12,800.00 | 12,800.00 |
| FERROUS | 0.00 | 0.00 | 0.00 | 0.00 | 18,257.30 | 18,257.30 |
| Foshan Nanhai Heng Li Jian Aluminum Co. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Foshan Yatai Enterprises | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gest Metal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GL Metals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Great Wall | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Green Finix | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 3,000.00 |
| Guandong Huajin Metals | 0.00 | 0.00 | 0.00 | 0.00 | 918.47 | 918.47 |
| HANKUK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hong Kong Ho Tong | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEB | 0.00 | 0.00 | 0.00 | 0.00 | 113,991.90 | 113,991.90 |
| Kwang Myung Metal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lakeside Non-Ferrous Metals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LI1 | 0.00 | 124,860.40 | 0.00 | 0.00 | 36,057.00 | 160,917.40 |
| Manhong | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nanhai Jinhuasheng | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nantong Walster | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Okaya (U.S.A.), Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pagodas Inter-Trade Investment LTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Proveta International | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PSC Metals Co. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rumiko Sutherland-A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SG1 | 16,325.94 | 23,686.52 | 0.00 | 0.00 | 0.00 | 40,012.46 |
| Shun Hing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sigma Brothers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sihui | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SM1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sun Kin Tat Metal Trading Co., LTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Suzhou Kadiya Aluminum Co., Ltd. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UMC Metals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Yin Qin | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |



Case: 22-40887 Doc# 121 Filed: 05/03/23 Entered: 05/03/23 12:05:31 Page 11 of 12

# Access Metals Trading, Inc.
## A/R Aging Summary
### As of April 14, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| TOTAL | 16,325.94 | 148,546.92 | 0.00 | 0.00 | 397,036.40 | 561,909.26 |



Case: 22-40887 Doc# 121 Filed: 05/03/23 Entered: 05/03/23 12:05:31 Page 12 of 12