HARTMAN BANKRUPTCY LAW
GREGORY S. HARTMAN, SBN: 252941
1300 Clay St., Suite 600
Oakland, CA 94612
(510) 227-5325
email: Gregory@BayAreaRestructure.com

Attorney for Creditor, Delta Metal (Holdings) Limited

The following constitutes the order of the Court.
Signed: May 16, 2023

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In Re:<br>**ACCESS METALS TRADING, INC.**,<br>Debtor in Possession | Case No. 22-40887 WJL<br>Chapter 11, Subchapter V<br><br>**Hearing Held:**<br>Date: May 11, 2023<br>Time: 3:00 pm<br>Place: 1300 Clay St, Ctrm 220/<br>Zoom, Oakland, CA 94612 |
|---|---|

## ORDER CONVERTING CASE TO CHAPTER 7

This matter came before the Court on May 11, 2023, in consideration of Delta Metal (Holdings) Limited's *Motion to Convert Case to Chapter 7 or to Remove Debtor in Possession* [Doc. No. 101], and the *Motion by Fusion Metals Limited and Edwin Chow to Convert Case to Chapter 7 or to Remove Debtor in Possession* [Doc. No. 105] (collectively, the "<u>Motions</u>"), with appearances as noted on the record. Having reviewed the Motions, all responsive pleadings, having heard arguments of counsel, notice of the Motion having been proper under the circumstances, and good cause appearing, this Court finds that for the reasons stated on the record at the hearing,

IT HEREBY ORDERED THAT the Motions are granted.

IT IS FURTHER ORDERED THAT this case is converted to chapter 7.

IT IS FURTHER ORDERED THAT the United States Trustee will appoint a chapter 7 trustee in the above-captioned case upon case conversion.

*** END OF ORDER ***

COURT SERVICE LIST